CHAD A. READLER
Acting Assistant Attorney General
ALEX G. TSE
Acting United States Attorney
ANTHONY J. COPPOLINO
Deputy Branch Director
NATHAN SWINTON, NY Bar
Senior Trial Counsel
STUART J. ROBINSON
Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave NW
Washington, DC 20001
Phone: (202) 305-7667; Fax: (202) 616-8470
Email: Nathan.M.Swinton@usdoj.gov
*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIAHAO KUANG and DERON COOKE, on behalf of themselves and those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF DEFENSE and JAMES MATTIS, in his official capacity as Secretary of Defense, <br><br> Defendants. | Case No. 3:18-cv-03698-JST <br><br> **STIPULATED REQUEST FOR EXTENSION OF TIME,** *NUNC PRO TUNC*, **TO RESPOND TO PLAINTIFFS'MOTION FOR CLASS CERTIFICATION** |

*Kuang, et al. v. U.S. Dep't of Defense, et al.*, Case No. 3:18-cv-03698-JST
Stipulated Request for Extension of Time, *Nunc Pro Tunc*, to Respond to Plaintiffs'
Motion for Class Certification

1

Pursuant to Local Rulse 6.2 and 7-12, Defendants, the United States Department of Defense and Defense Secretary James Mattis, in his official capacity, and Plaintiffs, Jiahao Kuang and Deron Cooke, hereby file this stipulated request for a one-day extension of time *nunc pro tunc* to file a response to Plaintiffs' Motion for Class Certification. The grounds for this stipulation are as follows:

1. On August 1, 2018, Plaintiffs filed a Notice and Motion for Class Certification and Appointment of Class Counsel. *See* ECF No. 31. Under the Local Rule 7-3(a), Defendants' response to this motion was due on August 15, 2018.

2. Prior to August 15, 2018, counsel for Defendants informed counsel for Plaintiffs that Defendants intended to file a notice of non-opposition to Plaintiffs' motion with a modification to the class definition proposed by Plaintiffs. By email correspondence, the parties agreed on a revised class definition by 7:30 p.m. Eastern Standard Time on August 15, 2018.

3. Due to unexpected technical difficulties, undersigned counsel was not able to access his Department of Justice work account shortly after the parties agreed on the revised definition of the class. Counsel was not able to regain access to his work account until the morning of August 16, 2018.

4. Defendants accordingly request a one-day extension of time, *nunc pro tunc*, to file their response to Plaintiffs' Motion for Class Certification, which is attached to this stipulation. Counsel for Defendants conferred with counsel for Plaintiffs, who consent to Defendants' request.

5. This extension of time would not affect any other deadlines in this case.

Dated: August 16, 2018              Respectfully submitted,

                                             CHAD A. READLER
                                             Acting Assistant Attorney General

                                             ALEX G. TSE
                                             Acting United States Attorney

*Kuang, et al. v. U.S. Dep't of Defense, et al.*, Case No. 3:18-cv-03698-JST
Stipulated Request for Extension of Time, *Nunc Pro Tunc*, to Respond to Plaintiffs'
Motion for Class Certification

2

|   |   |
|---|---|
| 1 | ANTHONY J. COPPOLINO |
| 2 | Deputy Branch Director |
| 3 | */s/ Nathan M. Swinton* |
| 4 | NATHAN M. SWINTON, NY Bar |
|   | Senior Trial Counsel |
| 5 | STUART J. ROBINSON |
|   | Trial Counsel |
| 6 | United States Department of Justice |
| 7 | Civil Division, Federal Programs Branch |
|   | 20 Massachusetts Ave NW |
| 8 | Washington, DC 20001 |
|   | Tel: (202) 305-7667 |
| 9 | Fax: (202) 616-8470 |
| 10 | Email: Nathan.M.Swinton@usdoj.gov |
| 11 | *Counsel for Defendants* |

Dated: August 16, 2018

LATHAM & WATKINS LLP

By: */s/ Peter A. Wald*
  Peter A. Wald (Bar No. 85705)
    peter.wald@lw.com
    505 Montgomery Street, Suite 2000
    San Francisco, CA 94111
    Telephone: (415) 391-0600
    Fax: (415) 395-8095
  Colleen C. Smith (Bar No. 231216)
    colleen.smith@lw.com
    12670 High Bluff Drive
    San Diego, CA 92130
    Telephone: (858) 523-5400
    Fax: (858) 523-5450
  Megan C. Fitzpatrick (Bar No. 6309005)
    megan.fitzpatrick@lw.com
    330 N. Wabash Ave, Suite 2800
    Chicago, IL 60611
    Telephone: (312) 876-7700
    Fax: (312) 993-9767

*Kuang, et al. v. U.S. Dep't of Defense, et al.*, Case No. 3:18-cv-03698-JST
Stipulated Request for Extension of Time, *Nunc Pro Tunc*, to Respond to Plaintiffs'
Motion for Class Certification

3

ACLU FOUNDATION OF SOUTHERN
CALIFORNIA
  Jennifer Pasquarella (Bar No. 263241)
   jpasquarella@aclusocal.org
  Michael Kaufman (Bar No. 254575)
   mkaufman@aclusocal.org
  Sameer Ahmed (Bar No. 319609)
   sahmed@aclusocal.org
  1313 West 8th Street
  Los Angeles, CA 90017
  Telephone: (213) 977-5232
  Fax: (213) 977-5297

ACLU FOUNDATION OF NORTHERN
CALIFORNIA
  Christine P. Sun (Bar No. 218701)
   csun@aclunc.org
  39 Drumm Street
  San Francisco, CA 94111
  Telephone: (415) 621-2493
  Fax: (415) 255-1487

*Attorneys for Plaintiffs*
*Jiahao Kuang and Deron Cooke*

*Kuang, et al. v. U.S. Dep't of Defense, et al.*, Case No. 3:18-cv-03698-JST
Stipulated Request for Extension of Time, *Nunc Pro Tunc*, to Respond to Plaintiffs'
Motion for Class Certification

4

# ATTORNEY ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I, Nathan M. Swinton, hereby attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 16, 2018

By: */s/ Nathan M. Swinton*_____

*Kuang, et al. v. U.S. Dep't of Defense, et al.*, Case No. 3:18-cv-03698-JST
Stipulated Request for Extension of Time, *Nunc Pro Tunc*, to Respond to Plaintiffs' Motion for Class Certification

5

# [PROPOSED] ORDER APPROVING STIPULATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 20, 2018

Honorable Jon S. Tigar
United States District Judge

*Kuang, et al. v. U.S. Dep't of Defense, et al.*, Case No. 3:18-cv-03698-JST
Stipulated Request for Extension of Time, *Nunc Pro Tunc*, to Respond to Plaintiffs'
Motion for Class Certification

6