LATHAM & WATKINS LLP
  Peter A. Wald (Bar No. 85705)
    peter.wald@lw.com
    505 Montgomery Street, Suite 2000
    San Francisco, CA 94111
    T: (415) 391-0600/F: (415) 395-8095
  Colleen C. Smith (Bar No. 231216)
    colleen.smith@lw.com
    12670 High Bluff Drive
    San Diego, CA 92130
    T: (858) 523-5400/F: (415) 395-8095
  Megan C. Fitzpatrick (Bar No. 6309005)
    megan.fitzpatrick@lw.com
    330 N. Wabash Ave, Suite 2800
    Chicago, IL 60611
    T: (312) 876-7700/F: (312) 993-9767

ACLU FOUNDATION OF SOUTHERN CALIFORNIA
  Jennifer Pasquarella (Bar No. 263241)
    jpasquarella@aclusocal.org
  Michael Kaufman (Bar No. 254575)
    mkaufman@aclusocal.org
  Sameer Ahmed (Bar No. 319609)
    sahmed@aclusocal.org
    1313 West 8th Street
    Los Angeles, CA 90017
    T: (213) 977-5232/F: (213) 977-5297

*Attorneys for Plaintiffs*
*Jiahao Kuang and Deron Cooke*

*[Additional Counsel Listed on Signature Page]*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JIAHAO KUANG AND DERON COOKE, on behalf of themselves and those similarly situated,<br><br>　　　　　Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE, JAMES MATTIS, in his official capacity as Secretary of Defense of the United States Department of Defense,<br><br>　　　　　Defendants. | CASE NO. 3:18-CV-03698-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE TELEPHONIC CASE MANAGEMENT CONFERENCE HEARING**<br><br>CURRENT DATE: October 12, 2018<br>PROPOSED NEW DATE: October 15, 2018<br>PROPOSED NEW TIME: 2:30 p.m.<br>DEPT: Courtroom 9, 19th Floor<br>JUDGE: Hon. Jon S. Tigar |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION AND [PROPOSED] ORDER
TO RESET TELEPHONIC CMC HEARING
CASE NO. 3:18-CV-03698-JST

| | |
|---|---|
| 1 | Pursuant to Civil Local Rules 6-1(b) and 16-2(e), the undersigned parties hereby |
| 2 | stipulate, and request that the Court enter an order continuing the Case Management Conference |
| 3 | currently scheduled for October 12, 2018, at 4:00 p.m. to October 15, 2018, at 2:30 p.m. |

## STIPULATION

WHEREAS, on October 2, 2018, Plaintiffs Jiahao Kuang and Deron Cooke (together, "Plaintiffs") and the Department of Defense and Secretary Mattis (together, "Defendants" and collectively with Plaintiffs, the "Parties") jointly filed a Joint Statement Regarding Discovery (ECF No. 44).

WHEREAS, on October 10, 2018, the Court issued a Clerk's Notice Setting Telephonic Case Management Conference, which scheduled a telephonic conference on the Parties' Joint Statement Regarding Discovery for October 12, 2018, at 4:00 p.m. Pacific (ECF No. 47).

WHEREAS, due to various scheduling conflicts for Plaintiffs' counsel, including the fact that lead counsel for Plaintiffs is out of the country on business through October 12, 2018, Plaintiffs respectfully request that the Court continue the hearing to October 15, 2018.

WHEREAS, on October 10, counsel for Plaintiffs contacted counsel for Defendants, who indicated that they do not oppose the requested continuance and that they are available on October 15, 2018.

WHEREAS, the Parties do not believe that the requested extension of one business day to conduct the hearing on the Parties' Joint Statement Regarding Discovery will have any impact on any schedule set in the case.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that, subject to Court approval, the Telephonic Case Management Conference Hearing currently set for Friday, October 12, 2018 at 4:00 p.m. Pacific be continued to Monday, October 15, 2018 at 2:30 p.m. Pacific.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

JOINT STIPULATION AND [PROPOSED] ORDER
TO RESET TELEPHONIC CMC HEARING
CASE NO. 3:18-CV-03698-JST

Dated: October 11, 2018

LATHAM & WATKINS LLP

By: /s/ Peter A. Wald
  Peter A. Wald (Bar No. 85705)
  *peter.wald@lw.com*
  505 Montgomery Street, Suite 2000
  San Francisco, CA 94111
  Telephone: (415) 391-0600
  Fax: (415) 395-8095
  Colleen C. Smith (Bar No. 231216)
  *colleen.smith@lw.com*
  12670 High Bluff Drive
  San Diego, CA 92130
  Telephone: (858) 523-5400
  Fax: (415) 395-8095
  Megan C. Fitzpatrick (Bar No. 6309005)
  *megan.fitzpatrick@lw.com*
  330 N. Wabash Ave, Suite 2800
  Chicago, IL 60611
  Telephone: (312) 876-7700
  Fax: (312) 993-9767

ACLU FOUNDATION OF SOUTHERN CALIFORNIA
  Jennifer Pasquarella (Bar No. 263241)
  *jpasquarella@aclusocal.org*
  Michael Kaufman (Bar No. 254575)
  *mkaufman@aclusocal.org*
  Sameer Ahmed (Bar No. 319609)
  *sahmed@aclusocal.org*
  1313 West 8th Street
  Los Angeles, CA 90017
  Telephone: (213) 977-5232
  Fax: (213) 977-5297

ACLU FOUNDATION OF NORTHERN CALIFORNIA
  Christine P. Sun (Bar No. 218701)
  *csun@aclunc.org*
  39 Drumm Street
  San Francisco, CA 94111
  Telephone: (415) 621-2493
  Fax: (415) 255-1487

*Attorneys for Plaintiffs*
*Jiahao Kuang and Deron Cooke*

Dated: October 11, 2018

JOSEPH H. HUNT
Assistant Attorney General

ALEX G. TSE

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT STIPULATION AND [PROPOSED] ORDER
TO RESET TELEPHONIC CMC HEARING
CASE NO. 3:18-CV-03698-JST

United States Attorney

ANTHONY J. COPPOLINO
Deputy Branch Director

NATHAN M. SWINTON
Senior Trial Counsel

/s/ Stuart J. Robinson
STUART J. ROBINSON, CA Bar No. 267183
JOSEPH C. DUGAN, OH Bar No. 0093997
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave.
San Francisco, CA 94102

*Counsel for Defendants*

## ATTORNEY ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I, Peter A. Wald, hereby attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 11, 2018

LATHAM & WATKINS LLP

By: /s/ Peter A. Wald
Peter A. Wald

## [PROPOSED] ORDER APPROVING STIPULATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 11, 2018

Honorable Jon S. Tigar
United States District Judge

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT STIPULATION AND [PROPOSED] ORDER
TO RESET TELEPHONIC CMC HEARING
CASE NO. 3:18-CV-03698-JST