LATHAM & WATKINS LLP
  Peter A. Wald (Bar No. 85705)
    *peter.wald@lw.com*
    505 Montgomery Street, Suite 2000
    San Francisco, CA 94111
    Tel.: (415) 391-0600 / Fax: (415) 395-8095
  Colleen C. Smith (Bar No. 231216)
    *colleen.smith@lw.com*
    12670 High Bluff Drive
    San Diego, CA 92130
    Tel.: (858) 523-5400 / Fax: (858) 523-5450
  Caitlin E. Dahl (Bar No. 6312614)
    *caitlin.dahl@lw.com*
    330 N. Wabash Ave, Suite 2800
    Chicago, IL 60611
    Tel.: (312) 876-7700 / Fax: (312) 993-9767

ACLU FOUNDATION OF SOUTHERN CALIFORNIA
  Jennifer Pasquarella (Bar No. 263241)
    *jpasquarella@aclusocal.org*
  Michael Kaufman (Bar No. 254575)
    *mkaufman@aclusocal.org*
  Sameer Ahmed (Bar No. 319609)
    *sahmed@aclusocal.org*
  1313 West 8th Street
  Los Angeles, CA 90017
  Tel.: (213) 977-5232 / Fax: (213) 977-5297

*Attorneys for Plaintiffs*
*Jiahao Kuang and Deron Cooke*

(Additional Counsel on Signature Page)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JIAHAO KUANG AND DERON COOKE on behalf of themselves and those similarly situated,<br><br>                 Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE, JAMES MATTIS, in his official capacity as Secretary of Defense of the United States Department of Defense,<br><br>                 Defendants. | CASE NO. 3:18-CV-03698-JST<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER ON PRODUCTION DEADLINE, BRIEFING SCHEDULE, AND [~~PROPOSED~~] HEARING DATE** |

| | |
|---|---|
| 1 | Pursuant to the Minute Entry for Proceedings dated October 15, 2018 (ECF No. 54), the |
| 2 | undersigned parties hereby stipulate, and request that the Court enter an order requiring the |
| 3 | production of the administrative record by Friday, October 19; requiring Plaintiffs Jiahao Kuang |
| 4 | and Deron Cooke (together, "Plaintiffs") to submit a supplemental brief not to exceed five (5) |
| 5 | pages by Friday, October 26; requiring Defendants Department of Defense and James Mattis |
| 6 | (together, "Defendants") to submit a response to Plaintiffs' supplemental brief not to exceed five |
| 7 | (5) pages by Friday, November 2; and that sets a hearing date, should the Court deem one |
| 8 | necessary, of Thursday, November 8. |

## STIPULATION

WHEREAS, on October 2, Plaintiffs and Defendants jointly filed a Joint Statement Regarding Discovery (the "Joint Statement") (ECF No. 44). In the Joint Statement, Plaintiffs moved (1) to compel production of the administrative record; and (2) to strike the declaration of Roger A. Smith (the "Smith Declaration") (ECF No. 42-1) that Defendants submitted in support of their response to Plaintiffs' motion for a preliminary injunction (ECF No. 21).

WHEREAS, on October 15, the Court ordered the production of the administrative record and deferred ruling on the motion to strike the Smith Declaration. *See* Minute Entry for Proceedings (ECF No. 54). The Court further ordered the parties to meet and confer immediately regarding a deadline for production of the administrative record, a briefing schedule for any supplemental briefing in light of the production of the administrative record, and a proposed hearing date on the supplemental briefing, should the Court deem one necessary. *See id.*

WHEREAS, on October 15 and October 16, counsel for the parties met and conferred on the production of the administrative record, a briefing schedule, and a proposed hearing date.

WHEREAS, pursuant to those meet-and-confer discussions, Defendants agreed to produce the administrative record no later than Friday, October 19.

WHEREAS, Plaintiffs agreed to file a supplemental brief, which is not to exceed five (5) pages, no later than Friday, October 26.

| | |
|---|---|
| 1 | WHEREAS, Defendants agreed to file a response to Plaintiffs' supplemental brief, which |
| 2 | is not to exceed five (5) pages, no later than Friday, November 2. |
| 3 | WHEREAS, to the extent one is necessary, the parties propose a hearing date of |
| 4 | Thursday, November 8, which would combine a hearing on outstanding issues related to the |
| 5 | Joint Statement with the motion hearing already set in this case.  *See* Stipulation and Order (ECF |
| 6 | No. 36 (setting motions hearing on Defendants' motion to dismiss and Plaintiffs' motion for a |
| 7 | preliminary injunction for Thursday, November 8, at 2:00 p.m.). |
| 8 | THEREFORE, IT IS HEREBY STIPULATED AND AGREED that, subject to Court |
| 9 | approval: |

10. 1. The deadline for Defendants to produce the administrative record in this case is Friday, October 19.
12. 2. The deadline for Plaintiffs to file a supplemental brief not to exceed five (5) pages is Friday, October 26.
14. 3. The deadline for Defendants to file a response to Plaintiffs' supplemental brief not to exceed five (5) pages is Friday, November 2.
16. 4. If necessary, the Court will hold a hearing to discuss the issues raised in the supplemental briefings on Thursday, November 8.

18 This stipulation does not alter the date of any other event or deadline already fixed by
19 Court order nor extend time frames set in the Local Rules or Federal Rules.

20 Dated: October 16, 2018

21                                        LATHAM & WATKINS LLP

23 By: */s/ Peter A. Wald*
   Peter A. Wald (Bar No. 85705)
   *peter.wald@lw.com*
24 505 Montgomery Street, Suite 2000
   San Francisco, CA  94111
25 Tel.: (415) 391-0600 / Fax: (415) 395-8095
   Colleen C. Smith (Bar No. 231216)
26 *colleen.smith@lw.com*
   12670 High Bluff Drive
27 San Diego, CA  92130
   Tel.: (858) 523-5400 / Fax: (858) 523-5450
28 Caitlin E. Dahl (Bar No. 6312614)

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION AND [~~PROPOSED~~] ORDER
CASE NO. 3:18-CV-03698-JST

*caitlin.dahl@lw.com*
330 N. Wabash Ave, Suite 2800
Chicago, IL 60611
Tel.: (312) 876-7700 / Fax: (312) 993-9767

ACLU FOUNDATION OF SOUTHERN
CALIFORNIA
  Jennifer Pasquarella (Bar No. 263241)
    *jpasquarella@aclusocal.org*
  Michael Kaufman (Bar No. 254575)
    *mkaufman@aclusocal.org*
  Sameer Ahmed (Bar No. 319609)
    *sahmed@aclusocal.org*
  1313 West 8th Street
  Los Angeles, CA  90017
  Tel.: (213) 977-5232 / Fax: (213) 977-5297

ACLU FOUNDATION OF NORTHERN
CALIFORNIA
  Christine P. Sun (Bar No. 218701)
    *csun@aclunc.org*
  39 Drumm Street
  San Francisco, CA 94111
  Tel.: (415) 621-2493 / Fax: (415) 255-1487

*Attorneys for Plaintiffs*
*Jiahao Kuang and Deron Cooke*

Dated:  October 16, 2018

JOSEPH H. HUNT
Assistant Attorney General

ALEX G. TSE
United States Attorney

ANTHONY J. COPPOLINO
Deputy Branch Director

*/s/ Stuart J. Robinson*
STUART J. ROBINSON, CA Bar No. 267183
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave.
San Francisco, CA 94102
Tel.: (415) 436-6635 / Fax: (415) 436-6632
Email: stuart.j.robinson@usdoj.gov

*Counsel for Defendants*

## ATTORNEY ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I, Peter A. Wald, hereby attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 16, 2018

                                    LATHAM & WATKINS LLP

                                    By: */s/ Peter A. Wald*
                                              Peter A. Wald

## [~~PROPOSED~~] ORDER APPROVING STIPULATION

PURSUANT TO STIPULATION, IT IS SO ORDERED, EXCEPT AS FOLLOWS:

The Court hereby continues the hearings currently set for November 8, 2018 until November 15, 2018 at 9:30 a.m.

Dated: October 17, 2018

_____
Honorable Jon S. Tigar
United States District Judge