UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIAHAO KUANG, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE, et al.,<br><br>    Defendants. | Case No. 18-cv-03698-JST<br><br>**ORDER SETTING CASE MANAGEMENT SCHEDULE**<br><br>Re: ECF No. 96 |

Before the Court is the parties' stipulated proposed case management schedule, which also presents two discovery disputes for the Court to resolve. ECF No. 96. The Court DENIES Defendants' request to limit the number of depositions to four. *See id.* at 2 n.2. The Court DECLINES to address the parties' dispute regarding supplementation of the administrative record as it is not yet ripe. *See id.* at 2 n.1. Finally, the Court ADOPTS the parties' proposed schedule and sets the following deadlines:

| Event | Deadline |
|---|---|
| Substantial completion of document production | May 1, 2019 |
| Submission of final interrogatories and requests for admissions | June 3, 2019 |
| Fact discovery cut-off | July 3, 2019 |
| Expert disclosures | July 19, 2019 |
| Expert rebuttal | August 19, 2019 |

| Event | Deadline |
|---|---|
| Expert discovery cut-off | September 6, 2019 |
| Deadline to file notice or seek leave to supplement the administrative record | September 8, 2019 |
| Plaintiffs' motion for summary judgment due | October 4, 2019 |
| Defendants' opposition and cross-motion for summary judgment due | October 25, 2019 |
| Plaintiffs' reply in support of summary judgment and opposition to Defendants' cross-motion due | November 15, 2019 |
| Defendants' reply in support of cross-motion for summary judgment due | December 6, 2019 |

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and comply with all applicable deadlines. All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

**IT IS SO ORDERED.**

Dated: February 11, 2019



JON S. TIGAR
United States District Judge